# Appendix I

**Timeline for Petition for Habeas Corpus**

| Timeline for Petition for Habeas Corpus | | |
|---|---|---|
| Received newly discovered evidence | 05/25/18[1] | Start |
| Filed Application for PCR | 01/10/19[2] | 230 days |
| District Court Ruling | 01/18/19 | |
| Notice of Intent | 02/08/19 | 21 days |
| Filed Supervisory Writ | 03/11/19[3] | 31 days |
| Court of Appeals Ruling | 07/08/19[4] | |
| Filed Writ of Certiorari to La. S.Ct. | 07/23/19[5] | 15 days |
| La. S.Ct. Ruling | 07/27/20[6] | |
| **Total days** | **297 days** | 68 days remaining |
| **Deadline** | **10/03//20** | |

319 F. 3d 1199 states:

Thus, to benefit from the mailbox rule, a prisoner must meet two requirements. First, the prisoner must be proceeding without assistance of counsel. Saffold, 250 F.3d at 1265 (holding that the mailbox rule is available to pro se petitioners); Rutledge v. United States, 230 F.3d 1041 (7th Cir.2000) (holding that the mailbox rule is not available to a petitioner represented by counsel); Turner v. Singletary, 46 F.Supp.2d 1238 (N.D.Fla.1999) (same). Second, the prisoner must deliver the petition to prison authorities for forwarding to the court within the limitations period. Houston v. Lack, 487 U.S. 266, 273, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988) ("delivery ... to prison authorities would not under any theory constitute a 'filing' unless the notice were delivered for forwarding to the district court").

---

[1] See Exhibit H-1
[2] See Exhibit H-2
[3] See Exhibit H-3
[4] See Exhibit H-4
[5] See Exhibit H-5
[6] See Exhibit H-6

# Appendix I-1

**Received Newly Discovered Evidence
from American University, Washington, D.C.
(Envelope Stamped on Date Petitioner Received Report)**

American University
Justice Programs Office
4400 Massachusetts Ave NW
Washington, DC 20016-8159

INSPECTED
MAY 25 2018
RAYBURN CORRECTIONAL CENTER

John Eric Sims #588595
Rayburn Correctional Center
27268 Hwy. 21
Angie, LA 70426

R-3

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**OFFENDER FUNDS WITHDRAWAL REQUEST**

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL |
|---|---|
| 588595 | Sims John E |

| LIVING QUARTERS | DATE OF REQUEST | | | TOTAL AMOUNT |
|---|---|---|---|---|
| Rain Three | MO. 01 | DAY 10 | YEAR 2019 | $ 3.10 |

WRITTEN AMOUNT _____ DOLLARS

**PAYEE:** *OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

VENDOR NO. _____

NAME _____

ADDRESS _____

CITY _____ STATE _____ ZIP _____

**OFFENDER SIGNATURE:** _____

**REQUEST DENIED. REASON:** _____

RIGHT THUMB PRINT | VERIFIED BY: _____ TITLE: Sgt Powell

APPROVED BY: _____ TITLE: LT

---

**PURCHASES**

- [ ] 73 Offender club
- [ ] 74 Outside purchase
- [ ] Family member
- [ ] Educational courses
- [ ] Outside bank savings acct #
- [ ] Newspaper ad for clemency / pardon.
- [X] Other: Legal Mail
  Clerk of Court
  22nd Judicial District Court
  P.O. Box 1090
  Covington, LA 70434-1090

**SAVINGS ACCOUNT**

- [ ] 79 Court Cost - Civil action number _____
- [ ] 94 Savings Bond
- [ ] 94 Savings Bond

**TRANSFERS** *No other will be processed*

- [ ] 79 Court Cost - Civil action number _____
- [ ] 82 Educational courses
- [ ] 8T Transfer from drawing account to savings.

DOC Form PF-30       10-A       CIB Form Revised 08-2003

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**OFFENDER FUNDS WITHDRAWAL REQUEST**

| DOC NUMBER | NAME: LAST NAME, FIRST NAME, INITIAL |
|---|---|
| 588595 | Sims John Eric |

| LIVING QUARTERS | DATE OF REQUEST | TOTAL AMOUNT |
|---|---|---|
| Rain Three | MO. 03 / DAY 11 / YEAR 2019 | $ 7.85 |

WRITTEN AMOUNT _____ DOLLARS

**PAYEE:**
*OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL*

VENDOR NO. _____

NAME: Clerk of Court
Louisiana First Circuit Court of Appeals
ADDRESS: P.O. Box 4408
CITY: Baton Rouge  STATE: LA  ZIP: 70821-4408

OFFENDER SIGNATURE: _____

REQUEST DENIED. REASON: _____

RIGHT THUMB PRINT | VERIFIED BY: _____
TITLE: cd Magee
APPROVED BY: _____
TITLE: L1

- [X] 73 Offender club
- [ ] 74 Outside purchase
- [ ] Family member
- [ ] Educational courses
- [ ] Outside bank savings acct #
- [ ] Newspaper ad for clemency / pardon
- [X] Other: Legal Mail
- [ ] 79 Court Cost - Civil action number _____
- [ ] 94 Savings Bond
- [ ] 94 Savings Bond
- [ ] 79 Court Cost - Civil action number _____
- [ ] 82 Educational courses
- [ ] 68T Transfer from drawing account to savings.

DOC Form PF-30          10-A          CIB Form Revised 08-2003

STATE OF LOUISIANA
COURT OF APPEAL, FIRST CIRCUIT
1600 NORTH THIRD STREET
P. O. BOX 4408
BATON ROUGE, LA 70821-4408

Received ALC Mailroom
JUL 0 8 2019
Kinder, LA 70648

2019-KW-0374
John Eric Sims 588595
Allen Correctional Center
3751 Lauderdale Woodyard Rd
Kinder La 70648

Set DQ-35

NEOPOST

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**
**OFFENDER FUNDS WITHDRAWAL REQUEST**

| NAME: LAST NAME, FIRST NAME, INITIAL | | |
|---|---|---|
| Sims John E | | |

| DOC NUMBER | LIVING QUARTERS | DATE OF REQUEST | TOTAL AMOUNT |
|---|---|---|---|
| 588595 | Sat D2 35 | MO 07 / DAY 23 / YEAR 2019 | $ 8.30 |

**PAYEE:** OFFENDER MUST ATTACH A STAMPED, ADDRESSED ENVELOPE FOR ALL OUTSIDE MAIL

WRITTEN AMOUNT _____ DOLLARS

VENDOR NO.

NAME: Louisiana Supreme Court

ADDRESS: 400 Royal Street, Suite 4200

CITY: New Orleans    STATE: LA    ZIP: 70130

Kinder, writ of certiorari

[Mailed Out stamp: ALC Mailroom JUL 24 2019]
[Processed stamp: JUL 2019]

REQUEST DENIED. REASON: _____

OFFENDER SIGNATURE: [signature]

RIGHT THUMB PRINT | VERIFIED BY: [signature]
TITLE: _____
APPROVED BY: [signature]
TITLE: _____

---

**DRAWING ACCOUNT**

| CODE | |
|---|---|
| 73 | ☐ Offender club |
| 74 | ☐ Outside purchase |
| | ☐ Family member |
| | ☐ Educational courses |
| | ☐ Outside bank savings acct# |
| | ☐ Newspaper ad for clemency / pardon |
| | ☐ Other: _____ |
| 79 | ☐ Court Cost - Civil action number _____ |

**SAVINGS ACCOUNT**

| CODE | |
|---|---|
| 94 | ☐ Savings Bond |
| 79 | ☒ Court Cost - Civil action number Writ of Certiorari |
| 82 | ☐ Educational courses |
| 94 | ☐ Savings Bond |

**TRANSFERS** - No check will be produced

| CODE | |
|---|---|
| 68T | ☐ Transfer from drawing account to savings. |

Note: Print name and address in the payee section to the right. Attach necessary documents including a stamped, self-addressed envelope for all outside mail.

DOC Form PF-30       10-A       CIB Form Revised 08-2003

**Supreme Court**
STATE OF LOUISIANA
400 ROYAL STREET
New Orleans
70130

Received ALC Mailroom
JUL 27 2020
Kinder, LA 70648

JOHN ERICKSON #588595  E=JA BL19
ALLEN CORRECTIONAL CENTER
3751 LAUDERDALE WOODYARD ROAD
KINDER, LA 70648

Received ALC Mailroom
JUL 27 2020

7OE4685908 R001

U.S. POSTAGE ›› PITNEY BOWES
ZIP 70130
02 4W
0000342018 JUL. 24 2020
$ 000.50°

John Eric Sims #588595
ALC-Saturn
3751 Lauderdale Woodyard Rd.
Kinder, LA 70648

United States District Court
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras St., Rm. C151
New Orleans, LA 70130



U.S. POSTAGE >> PITNEY BOWES
ZIP 70648
02 4W
0000352668 SEP 25 2020
$ 008.70°