UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN ERIC SIMS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2645** |
| **KEITH COOLEY, WARDEN** | **SECTION: "I"(5)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, John Eric Sims, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the petition of John Eric Sims for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

New Orleans, Louisiana, this 9th day of April, 2021.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE